**Jacqueline ATKINSON, Plaintiff—
Appellant,**

v.

**FOOD LION, LLC, Defendant—
Appellant.**

No. 06–1162.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Jacqueline Atkinson, Appellant Pro Se.
Chase Alvin Karsman, Christine A. Sam-
sel, Akin, Gump, Strauss, Hauer & Feld,
LLP, Washington, D.C., for Appellee.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jacqueline Atkinson appeals the district court's order denying relief on her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Atkinson v. Food Lion, LLC,* No. 1:05–cv–00024–NCT (M.D.N.C. Dec. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*